## 27804. MILLSAPPS v. THE STATE.

BROYLES, C. J. The defendant was tried for murder, and was convicted of voluntary manslaughter. The verdict was amply authorized by the evidence. All of the special grounds of the motion for new trial allege errors of commission or omission in the charge of the court; but none of such grounds, when considered in the light of the charge as given and the facts of the case, requires a reversal of the judgment. The refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 7, 1939.

*Oliver & Oliver,* for plaintiff in error.
*G. Fred Kelley, solicitor-general, J. E. Frankum,* contra.

## 27811. SLAUGHTER v. CITY OF LAGRANGE.

BROYLES, C. J. 1. "In a trial before a municipal court the recorder . . may take judicial notice of the ordinances of the city, defining offenses against the same. [But] Neither the Supreme Court nor any other court than the municipal court can take judicial cognizance of a municipal ordinance." *Hill* v. *Atlanta,* 125 *Ga.* 697 (54 S. E. 354, 5 Ann. Cas. 614); *Bateman* v. *Atlanta,* 51 *Ga. App.* 10 (179 S. E. 403).

2. "When a petition for certiorari, brought to review a judgment rendered in a municipal court, assigns error upon the judgment of that court, on the ground that the same is contrary to the evidence, and the existence of the ordinance alleged to have been violated is admitted in the petition, but the provisions of the ordinance are not set out [in the petition nor attached thereto as exhibits] either literally or in substance, it is impossible to tell whether any error has been committed, and this is a sufficient reason for a judge of a superior court to refuse to sanction the petition." *Hill* v. *Atlanta,* and *Bateman* v. *Atlanta,* supra.

3. Applying the foregoing rulings to the facts of the instant case, the court did not err in refusing to sanction the petition for certiorari.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 7, 1939.

*Grover C. Powell, John W. Bolton, W. A. Mason,* for plaintiff in error.
*B. J. Mayer,* contra.